WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Plaintiff Alan Curt Shufelt*

RAELENE K. PALMER
Nevada Bar No. 8602
GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Phone: (702) 892-3500
Fax: (702) 386-1946
Email: rpalmer@vegascase.com
*Attorneys for Plaintiff Alan Curt Shufelt*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN CURT SHUFELT, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>OWENS PRECISION, INC., et al.<br><br>        Defendant. | CASE NO:  3:18-cv-00079-MMD-VPC<br><br>**STIPULATION TO EXTEND TIME TO FILE STIPULATION FOR DISMISSAL**<br><br>**(First Request)** |

The undersigned counsel for the parties herein stipulate to petition the Court, and they hereby do, to extend the time to file a stipulation for dismissal, in light of the settlement of this case, by two weeks, or **through and including Friday, November 30, 2018**.  This additional time is needed to allow the parties to exchange settlement payment and execute a settlement agreement, which must occur before a stipulation for dismissal can be filed.

/ / /

/ / /

/ / /

/ / /

/ / /

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

1    This stipulation is not entered into for any dilatory or improper purpose.

2

3    Dated this 16th day of November 2018.        THE GEDDES LAW FIRM, P.C.

4

5    _____

6    WILLIAM J. GEDDES
     The Geddes Law Firm, P.C.

7    8600 Technology Way, Suite 115
     Reno, Nevada 89521

8    *Plaintiff Alan Curt Shufelt*

9    Dated this 16th day of November 2018.        BITTNER LEGAL LLC

10                                                 *Electronic signature authorized*

11   /s/ _____

12   Elizabeth M. Bittner, Esq.
     316 California Ave. #426

13   Reno, NV 89509
     Tel (775) 720-9197

14   elizabeth@bittnerlegal.com

15   *Attorneys for Defendants Owens Precision,*
     *Inc.*

16

17

18   **IT IS SO ORDERED.**

19

20   DATED: November 19, 2018
     _____

21

22

23   **UNITED STATES MAGISTRATE JUDGE**

24

25

26

27

28

2