WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Plaintiff Alan Curt Shufelt*

RAELENE K. PALMER
Nevada Bar No. 8602
GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Phone: (702) 892-3500
Fax: (702) 386-1946
Email: rpalmer@vegascase.com
*Attorneys for Plaintiff Alan Curt Shufelt*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN CURT SHUFELT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> OWENS PRECISION, INC., et al. <br><br> Defendant. | CASE NO: 3:18-cv-00079-MMD-CBC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |

It his hereby AGREED and STIPULATED by and among the parties to this action through their respective counsel of record that this action be DISMISSED WITH PREJUDICE as to all parties and claims, with each of the parties to bear their own costs and fees.

Dated this 28th day of December 2018.

THE GEDDES LAW FIRM, P.C.

_____
WILLIAM J. GEDDES, ESQ.
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 115
Reno, Nevada 89521
*Attorneys for Plaintiff Alan Curt Shufelt*

1

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

Dated this 28th day of December 2018.

GALLIAN WELKER & BECKSTROM, L.C.

*Electronic signature authorized*

/s/
RAELENE K. PALMER, ESQ.
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Phone: (702) 892-3500
*Attorneys for Plaintiff Alan Curt Shufelt*

Dated this 28th day of December 2018.

BITTNER LEGAL LLC

*Electronic signature authorized*

/s/
Elizabeth M. Bittner, Esq.
316 California Ave. #426
Reno, NV 89509
Tel (775) 720-9197
*Attorneys for Defendants Owens Precision, Inc.*

**IT IS SO ORDERED.**

DATED: January 2, 2019

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **December 28, 2018**, I caused to be served a copy of the foregoing *Stipulation for Dismissal with Prejudice and [Proposed] Order of Dismissal,* by deposit in the U.S. Mails, First-Class postage prepaid, and by e-mail, addressed to the following:

Elizabeth M. Bittner, Esq.
Bittner Legal LLC
316 California Ave. #426
Reno, NV 89509
Tel (775) 720-9197
elizabeth@bittnerlegal.com

*Attorneys for Defendants Owens Precision, Inc.*

_____
WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.